Certificate Number: 03088-PAE-DE-036687887

Bankruptcy Case Number: 22-11368



03088-PAE-DE-036687887

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2022, at 6:08 o'clock PM CDT, Vincent M Wendowski completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 15, 2022

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor